IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Evans, Eric G | Case Number: 08 B 01688 |
|---|---|---|
| | Evans, Karen C | Judge: Wedoff, Eugene R |
| | Printed: 8/26/08 | Filed: 1/25/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 19, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,715.00 |  |
| Secured: |  | 2,144.44 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 404.04 |
| Trustee Fee: |  | 166.52 |
| Other Funds: |  | 0.00 |
| Totals: | 2,715.00 | 2,715.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,274.00 | 404.04 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 4. | Dell Financial Services, Inc | Secured | 0.00 | 0.00 |
| 5. | Ford Motor Credit Corporation | Secured | 24,924.98 | 2,144.44 |
| 6. | First National Credit Card | Unsecured | 416.07 | 0.00 |
| 7. | Discover Financial Services | Unsecured | 948.34 | 0.00 |
| 8. | Capital One | Unsecured | 188.36 | 0.00 |
| 9. | Discover Financial Services | Unsecured | 593.99 | 0.00 |
| 10. | First National Credit Card | Unsecured | 1,046.99 | 0.00 |
| 11. | GE Money Bank | Unsecured | 248.49 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 127.28 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 472.50 | 0.00 |
| 14. | Bass & Associates | Unsecured | 16.70 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 608.32 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 56.73 | 0.00 |
| 17. | Sallie Mae | Unsecured | 1,157.33 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 985.17 | 0.00 |
| 19. | Dell Financial Services, Inc | Unsecured | 76.62 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 230.20 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 45.85 | 0.00 |
| 22. | ECast Settlement Corp | Unsecured | 255.75 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 506.67 | 0.00 |
| 24. | RoundUp Funding LLC | Unsecured | 675.12 | 0.00 |
| 25. | Capital One | Unsecured | 86.98 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Evans, Eric G               Case Number: 08 B 01688
             Evans, Karen C              Judge: Wedoff, Eugene R
             Printed: 8/26/08            Filed: 1/25/08

| #   | Creditor                    | Type      | Amount    | Paid          |
|-----|-----------------------------|-----------|-----------|---------------|
| 26. | ECast Settlement Corp       | Unsecured | 943.55    | 0.00          |
| 27. | Sallie Mae                  | Unsecured | 834.03    | 0.00          |
| 28. | Sallie Mae                  | Unsecured | 2,898.38  | 0.00          |
| 29. | Chase Bank USA NA           | Unsecured | 147.67    | 0.00          |
| 30. | Cook County Treasurer       | Secured   |           | No Claim Filed |
| 31. | Citibank                    | Unsecured |           | No Claim Filed |
| 32. | Bank Of America             | Unsecured |           | No Claim Filed |
| 33. | First National Credit Card  | Unsecured |           | No Claim Filed |
| 34. | Citibank                    | Unsecured |           | No Claim Filed |
| 35. | Spark                       | Unsecured |           | No Claim Filed |
| 36. | HSBC Mortgage Services      | Unsecured |           | No Claim Filed |
| 37. | Sallie Mae                  | Unsecured |           | No Claim Filed |
| 38. | HSBC                        | Unsecured |           | No Claim Filed |

                                        _____      _____
                                        $ 40,766.07     $ 2,548.48

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|----------|------------|
| 5.4%     | 48.87      |
| 6.5%     | 117.65     |
|          | _____ |
|          | $ 166.52   |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

